IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01cr200 |
| | ) | |
| v. | ) | |
| | ) | |
| CLARENCE H. NASH, et al. | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 97 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 97 from the record. The document has been re-filed.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge